| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| WESTERN DISTRICT OF WISCONSIN | |
| Case number *(if known)* _____ Chapter __11__ | ☐ Check if this an amended filing |

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Crimson Holdings LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA Crimson Adrian, LLC (Fict Name) Crimson Holdings LLC (Comp Name)**<br>**DBA Crimson Hldg LLC (Fict Name) Crimson Holdings LLC (Comp Name)** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **87-2523368** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1336 East Maumee Street**<br>**Adrian, MI 49221**<br>Number, Street, City, State & ZIP Code | **c/o David Rettig**<br>**316 W Washington Avenue, Suite 500A**<br>**Madison, WI 53703**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Lenawee**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | _____ |

| | | |
|---|---|---|
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | **Crimson Holdings LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2120__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Crimson Holdings LLC**
_____    Case number (*if known*) _____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor   **Crimson Holdings LLC**

_____   Case number (*if known*) _____
Name

---

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| --- | --- | --- | --- | --- |
| | | ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| | **Request for Relief, Declaration, and Signatures** |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/05/2024
MM / DD / YYYY

**CRIMSON HOLDINGS, LLC**
**By:  Anada, Inc., Sole Member**

X _____
Signature of authorized representative of debtor

**David Rettig, President**
Printed name

Title   **President**

---

**18. Signature of attorney**   X _____
Signature of attorney for debtor

Date  04/08/2024
MM / DD / YYYY

**Kristin J. Sederholm 1001895**
Printed name

**Krekeler Law, S.C.**
Firm name

**26 Schroeder Court, Suite 300**
**Madison, WI 53711**
Number, Street, City, State & ZIP Code

Contact phone   **608-258-8555**   Email address   **ksederho@ks-lawfirm.com**

**1001895 WI**
Bar number and State

---

Debtor     **Crimson Holdings LLC**                                                            Case number (*if known*)
_____
Name

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Anada, Inc.** | | Relationship to you | **Affiliate** | |
| District | **Western District of Wisconsin** | When | Case number, if known | | |
| Debtor | **OvaInnovations, LLC** | | Relationship to you | **Affiliate** | |
| District | **Western District of Wisconsin** | When | Case number, if known | | |

**CRIMSON HOLDINGS, LLC**, has not prepared a recent balance sheet, statement of operations, or cash flow statement.  Last balance sheet or other financial documents were prepared in *February 29, 2024*

> **CRIMSON HOLDINGS, LLC**
>
> By:  Anada, Inc., Sole Member

Date: *April 5, 2024*                    *David Rettig, President*

David Rettig, President

**Income Statement**
**As of February 29, 2024**
**DRAFT COPY**

| | JANUARY | | | FEBRUARY | | | YTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | ACTUAL | BUDGET | VARIANCE | ACTUAL | BUDGET | VARIANCE | ACTUAL | BUDGET | VARIANCE |
| **EDIBLE** | | | | | | | | | |
| Sales - Edible | 231,503 | 682,348 | (450,845) | 275,002 | 682,348 | (407,346) | 506,505 | 1,364,696 | (858,191) |
| Supply - Edible | 50,190 | 462,500 | (412,310) | 105,565 | 462,500 | (356,935) | 155,755 | 925,000 | (769,245) |
| **Edible Profit** | 181,313 | 219,848 | (38,535) | 169,437 | 219,848 | (50,411) | 662,260 | 2,289,696 | (1,627,436) |
| Edible Margin | 78.3% | 32.2% | 46.1% | 61.6% | 32.2% | 29.4% | 130.8% | 167.8% | -37.0% |
| | | | | | | | | | |
| **INEDIBLE** | | | | | | | | | |
| Sales - Inedible | 1,169,045 | 1,343,664 | (174,619) | 1,120,319 | 1,343,664 | (223,345) | 2,289,364 | 2,687,328 | (397,964) |
| Supply - Inedible | 177,373 | 277,181 | (99,808) | 278,752 | 277,181 | 1,571 | 456,125 | 554,362 | (98,237) |
| Production | | | | | | | | | |
| COGS - Salaries & Labor | 215,926 | 199,953 | 15,973 | 195,900 | 199,953 | (4,053) | 411,826 | 399,906 | 11,920 |
| COGS - Packaging & Supplies | 109,701 | 107,053 | 2,648 | 159,353 | 107,053 | 52,300 | 269,054 | 214,106 | 54,948 |
| COGS - Utilities | 103,063 | 85,000 | 18,063 | 88,655 | 85,000 | 3,655 | 191,718 | 170,000 | 21,718 |
| COGS - General - Disposal | 19,542 | 10,000 | 9,542 | 44,193 | 10,000 | 34,193 | 63,735 | 20,000 | 43,735 |
| COGS - Other Expenses | 31,992 | 26,000 | 5,992 | 139,594 | 26,000 | 113,594 | 171,586 | 52,000 | 119,586 |
| COGS - Inventory Consumed | 182,139 | 150,000 | 32,139 | 73,104 | 150,000 | (76,896) | 255,243 | 300,000 | (44,757) |
| Total Production | 662,363 | 578,006 | 84,357 | 700,799 | 578,006 | 122,793 | 1,363,162 | 1,156,012 | 207,150 |
| Freight | | | | | | | | | |
| Inbound Freight | 220,588 | 213,586 | 7,002 | 171,895 | 213,586 | (41,691) | 392,483 | 427,172 | (34,689) |
| Outbound Freight - Totes/Barrels | 77,982 | 69,257 | 8,725 | 61,455 | 69,257 | (7,802) | 139,437 | 138,514 | 923 |
| Outbound Freight - Misc | 10,269 | 10,000 | 269 | 20,403 | 10,000 | 10,403 | 30,672 | 20,000 | 10,672 |
| Total Freight | 308,839 | 292,843 | 15,996 | 253,753 | 292,843 | (39,090) | 562,592 | 585,686 | (23,094) |
| **Inedible Profit** | 20,470 | 195,634 | (175,164) | (112,985) | 195,634 | (308,619) | (92,515) | 391,268 | (483,783) |
| Inedible Margin | 1.8% | 14.6% | -12.8% | -10.1% | 14.6% | -24.6% | -4.0% | 14.6% | -18.6% |
| | | | | | | | | | |
| Total Sales | 1,400,548 | 2,026,012 | (625,464) | 1,395,321 | 2,026,012 | (630,691) | 2,795,869 | 4,052,024 | (1,256,155) |
| Total COGS | 1,198,765 | 1,610,530 | (411,765) | 1,338,869 | 1,610,530 | (271,661) | 2,537,634 | 3,221,060 | (683,426) |
| **Gross Profit** | 201,783 | 415,482 | (213,699) | 56,452 | 415,482 | (359,030) | 258,235 | 830,964 | (572,729) |
| Gross Margin | 14.4% | 20.5% | -6.1% | 4.0% | 20.5% | -16.5% | 9.2% | 20.5% | -11.3% |
| | | | | | | | | | |
| **OPERATING EXPENSES** | | | | | | | | | |
| Salaries | 260,201 | 271,842 | (11,641) | 220,548 | 209,807 | 10,741 | 480,749 | 481,649 | (900) |
| Consultants | 78,300 | 29,600 | 48,700 | 66,662 | 29,600 | 37,062 | 144,962 | 59,200 | 85,762 |
| Legal Expenses | 75,769 | 33,367 | 42,402 | 196,759 | 33,367 | 163,392 | 272,528 | 66,734 | 205,794 |
| Bank Expenses | 157,229 | 2,000 | 155,229 | 451 | 2,000 | (1,549) | 157,680 | 4,000 | 153,680 |
| Rent & Lease | 251,121 | 19,000 | 232,121 | 272,672 | 19,000 | 253,672 | 523,793 | 38,000 | 485,793 |
| Other Expenses | 64,655 | 56,667 | 7,988 | 70,471 | 56,667 | 13,804 | 135,126 | 113,334 | 21,792 |
| **Total Operating Expenses** | 887,275 | 412,476 | 474,799 | 827,563 | 350,441 | 477,122 | 1,714,838 | 762,917 | 951,921 |
| | | | | | | | | | |
| **EBITDA** | (685,492) | 3,006 | (688,498) | (771,111) | 65,041 | (836,152) | (1,456,603) | 68,047 | (1,524,650) |
| Depreciation Expense | 70,000 | 70,000 | - | 70,000 | 70,000 | - | 140,000 | 140,000 | - |
| Equipment Lease Amortization | 487 | 183,833 | (183,346) | 13,600 | 183,833 | (170,233) | 14,087 | 367,666 | (353,579) |
| **EBIT** | (755,979) | (250,827) | (505,152) | (854,711) | (188,792) | (665,919) | (1,610,690) | (439,619) | (1,171,071) |
| Operating Margin | -54.0% | -12.4% | -41.6% | -61.3% | -9.3% | -51.9% | -57.6% | -10.8% | -46.8% |
| Net Interest Expense/Income | 115,292 | 84,000 | 31,292 | 112,598 | 84,000 | 28,598 | 227,890 | 168,000 | 59,890 |
| Income Tax | 20,000 | - | 20,000 | 20,000 | - | 20,000 | 40,000 | - | 40,000 |
| Non-Operational Expense | - | - | - | 1,000,000 | - | 1,000,000 | 1,000,000 | - | 1,000,000 |
| **Net Income (Loss)** | (891,271) | (334,827) | (556,444) | (1,987,309) | (272,792) | (1,714,517) | (2,878,580) | (607,619) | (2,270,961) |
| Net Margin | -63.6% | -16.5% | -47.1% | -142.4% | -13.5% | -129.0% | -103.0% | -15.0% | -88.0% |
| | | | | | | | | | |
| **Inedible - per dry lb.** | 580,201 | 843,333 | (263,132) | 575,314 | 843,333 | (268,019) | 1,155,515 | 1,686,667 | (531,152) |
| Sales - Inedible | 2.01 | 1.59 | 0.42 | 1.95 | 1.59 | 0.35 | 1.98 | 1.59 | 0.39 |
| COGS - Inedible | 1.98 | 1.36 | 0.62 | 2.14 | 1.36 | 0.78 | 2.06 | 1.36 | 0.70 |
| Supply - Inedible | 0.31 | 0.33 | (0.02) | 0.48 | 0.33 | 0.16 | 0.39 | 0.33 | 0.07 |
| Production | 1.14 | 0.69 | 0.46 | 1.22 | 0.69 | 0.53 | 1.18 | 0.69 | 0.49 |
| Freight | 0.53 | 0.35 | 0.19 | 0.44 | 0.35 | 0.09 | 0.49 | 0.35 | 0.14 |
| Inedible Margin | 0.04 | 0.23 | (0.20) | (0.20) | 0.23 | (0.43) | (0.08) | 0.23 | (0.31) |

**Balance Sheet**
**As of February 29, 2024**

| Assets | JAN | FEB |
|---|---|---|
| **Current Assets** | | |
| Total Cash | 725,017 | 528,537 |
| Account Receivable | 3,250,185 | 1,395,324 |
| Inventories | 1,187,256 | 1,350,229 |
| Security Deposit | 488,830 | 488,830 |
| **Total Current Assets** | **5,651,288** | **3,762,920** |
| | | |
| Property, Plant and Equipment | 13,265,642 | 13,326,817 |
| Accumulated Depreciation | (1,723,333) | (1,793,333) |
| | | |
| **Total Assets** | **17,193,597** | **15,296,404** |
| | | |
| **Liabilities** | | |
| | | |
| **Current Liabilities** | | |
| Accounts Payable | 7,227,471 | 6,429,575 |
| Short-term Loans | 1,970,000 | 1,770,000 |
| Taxes Payable | 354,365 | 380,770 |
| Accrued Expenses | 567,832 | 554,438 |
| Lease Liability - ST | 2,880,640 | 2,988,974 |
| Legal Settlement - ST | 3,050,000 | 4,050,000 |
| **Total Current Liabilities** | **16,050,308** | **16,173,757** |
| | | |
| **Longterm Liabilities** | | |
| Mortgage | 2,265,000 | 2,265,000 |
| Notes Payable | 2,412,500 | 2,412,500 |
| Lease Liability - LT | 2,685,974 | 2,638,749 |
| Legal Settlement - LT | 6,500,000 | 6,500,000 |
| **Total Longterm Liabilities** | **13,863,474** | **13,816,249** |
| | | |
| **Total Liabilities** | **29,913,782** | **29,990,006** |
| | | |
| Current Ratio | 0.57 | 0.51 |
| Quick Ratio | 0.28 | 0.15 |
| Cash Ratio | 0.05 | 0.03 |
| | | |
| **Shareholders' Equity** | | |
| Share Capital | 9,188,471 | 9,188,471 |
| Retained Earnings | (21,017,381) | (21,017,381) |
| Net Income / (Loss) | (891,275) | (2,864,692) |
| **Total Shareholders' Equity** | **(12,720,185)** | **(14,693,602)** |
| | | |
| Return on Equity | 0.07 | 0.19 |
| | | |
| **Total Liabilities & Shareholders' Equity** | **17,193,597** | **15,296,404** |

**Cash Flow Statement**
**As of February 29, 2024**

|  | JAN | FEB |
|---|---|---|
| **Operating Activities, Cash Flows Provided by or Used in:** | | |
| Net Income | (891,275) | (1,973,418) |
| Depreciation and Amortization | 70,000 | 70,000 |
| Decrease (Increase) in Accounts Receivable | 1,758,384 | 1,954,626 |
| Increase (Decrease) in Accounts Payable | 313,846 | (897,661) |
| Increase (Decrease) in Tax Payable | 26,406 | 26,406 |
| Decrease (Increase) in Inventories | 45,317 | (162,973) |
| Increase (Decrease) in Other Operating Activities | 2,532,574 | 1,094,940 |
| **Net Cash Flows From Operating Activities** | **3,855,252** | **111,920** |
| | | |
| **Investing Activities, Cash Flows Provided by or Used in:** | | |
| Capital Expenditures | (462,612) | (61,175) |
| Investments | - | - |
| Other Cash Flows from Investing Activities | (2,778,586) | (47,224) |
| **Net Cash Flows from Investing Activities** | **(3,241,198)** | **(108,399)** |
| | | |
| **Financing Activities, Cash Flows Provided by or Used in:** | | |
| Series A Funding | - | - |
| Sale (Repurchase) of Stock | - | - |
| Debt Conversion to Equity | - | - |
| Long-term & Short-term Debt | (708,040) | (200,000) |
| **Net Cash Flows from Financing Activities** | **(708,040)** | **(200,000)** |
| | | |
| **Net Increase (Decrease) in Cash and Cash Equivalents:** | **(93,986)** | **(196,479)** |
| | | |
| Cash at Beginning | 819,004 | 725,018 |
| | | |
| **Cash at End** | **725,018** | **528,539** |

Fill in this information to identify the case:

| Debtor name | Crimson Holdings LLC |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WISCONSIN** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tammy Gunnin Dan and Diana Mueller c/o Attorney David R. Dubin 2723 S. State Street, Suite 150 Ann Arbor, MI 48104** | | **Proposed Settlement Agreement in the Tammy Gunnin and Dan and Diana Muiller, et al v Crimson Holdings LLC, Eastern District of Michigan-Southern Division** | | | | $1,000,000.00 |
| **Steven Randall 7335 Meadow Valley Road Middleton, WI 53562** | | **Unsecured Promissory Note dated 11/29/2021** | | | | $250,000.00 |
| **RJ Leasing Company Attn:  J. Phillips 920 Simon Drive Farley, IA 52046** | | **Unsecured Promissory Note dated 11/29/2021** | | | | $250,000.00 |
| **David Cerqua** | | **Unsecured Promissory Note dated 11/28/2021 and amended on 04/26/2023 assigning note to the David Cerqua Living Trust** | | | | $200,000.00 |
| **Fasco Employment Inc 995 S. Main Street, Suite D Adrian, MI 49221** | | **Temp Agency fees** | | | | $152,036.32 |
| **Shambaugh & Son LP PO Box 1287 Fort Wayne, IN 46801** | | **Trade debt** | | | | $117,682.61 |

Debtor    **Crimson Holdings LLC**                                Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Advantage Electric Services LLC 2238 Traversefield Drive Traverse City, MI 49686** | | Trade debt | | | | $104,602.01 |
| **Ron Grienpentrog** | | Unsecured Promissory Note dated 11/27/2021 | | | | $100,000.00 |
| **Angela Sheskey** | | Unsecured Promissory Note dated 11/27/2021 | | | | $100,000.00 |
| **Butzel Long PC Attorney Frederick A Berg 150 W Jefferson Avenue, Suite 100 Detroit, MI 48226** | | Trade debt/Legal fees | | | | $80,804.71 |
| **Membrane Process & Controls Inc. 922 N 3rd Avenue Edgar, WI 54426** | | Trade debt | | | | $70,000.00 |
| **Bioworks Energy, LLC P.O. BOX 773 Grand Blanc, MI 48480** | | Trade debt | | | | $56,533.30 |
| **Krieghoff Lenawee Co. 1610 E Maumee Street Adrian, MI 49221** | | Trade debt/construction expense | | | | $54,560.00 |
| **Larry Grab** | | Unsecured Promissory Note dated 11/27/2021 | | | | $50,000.00 |
| **City of Adrian 135 E. Maumee Street ATTN: Utilities Office Adrian, MI 49221** | | Consent Judgment in State of MI in the 2-A District Court for the County of Lenawee; balance remaining on settlement payments. | | $50,000.00 | $0.00 | $50,000.00 |
| **HOH Water Technology 1013 Rig Street Walled Lake, MI 48390** | | Trade debt | | | | $43,094.83 |

Debtor  **Crimson Holdings LLC**                                    Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chem/Serv Inc. 1301 115th Avenue NW Coon Rapids, MN 55448 | | Trade debt | | | | $41,717.55 |
| Laibe Electric 26440 Southpoint Road Perrysburg, OH 43551 | | Trade debt | | | | $32,348.00 |
| Acuative Corporation 8237 Dow Circle Strongsville, OH 44136 | | Network service provider | | | | $31,262.00 |
| Environmental & Disposal Management 1900 Stephenson Highway, Suite 100 Troy, MI 48083 | | Trade debt/utility | | | | $30,699.20 |

4/05/24  2:00PM

**United States Bankruptcy Court**
**Western District of Wisconsin**

In re    **Crimson Holdings LLC** _____    Case No. _____

Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, as the President of the member of Crimson Holdings, LLC, the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date: _*April 5th, 2024*_ _____    _____

**Anada, Inc., Member**
**By: David Rettig/President**
Signer/Title

Office of the United States Trustee
780 Regent Street
Suite 304
Madison, WI 53715

United States Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Wisconsin Department of Revenue
Compliance Bureau
PO Box 8901
Madison, WI 53708

Wisconsin Dept. of Workforce Development
Division of Unemployment Insurance
P.O. Box 8914
Madison, WI 53708

Wisconsin Dept. of Workforce Development
Division of Unemployment Insurance
P.O. Box 8914
Madison, WI 53708

Acuative Corporation
8237 Dow Circle
Strongsville, OH 44136

Advantage Electric Services LLC
2238 Traversefield Drive
Traverse City, MI 49686

Air Center
1201 E Whitcomb Avenue
Madison Heights, MI 48071

Airgas USA LLC
6055 Rockside Woods Blvd.
Independence, OH 44131

Big C Lumber Co., Inc.
PO Box 176
Granger, IN 46530

Bioworks Energy, LLC
P.O. BOX 773
Grand Blanc, MI 48480

Bohl Equipment Company
534 W. Laskey Road
Toledo, OH 43612

Ashley R. Boley
1125 Walker Street
Jackson, MI 49202

David Bondsteel
819 E Butler Street, Apt 4
Adrian, MI 49221

Brint Electric Inc.
7825 W Central Avenue
Toledo, OH 43617

Butzel Long PC
Attorney Frederick A Berg
150 W Jefferson Avenue, Suite 100
Detroit, MI 48226

Attoreny Burke Castleberry
Castelberry & Lucas Law
7577 US-12
Onsted, MI 49265

CEM Corporation
3100 Smith Farm Road
Matthews, NC 28104

David Cerqua

Chem Treat
5640 Cox Road
Glen Allen, VA 23060

Chem/Serv Inc.
1301 115th Avenue NW
Coon Rapids, MN 55448

City of Adrian
135 E. Maumee Street
ATTN:  Utilities Office
Adrian, MI 49221

George Cotterall
2156 Allan Street
Adrian, MI 49221

Darin Coveart
150 Bloomfield Blvd
Brooklyn, MI 49230

William Cox
147 Lafayette Street
Hudson, MI 49247

CSC Leasing Comapny
6802 Paragon Place, Suite 350
Richmond, VA 23230

Current Electric Motor Supply Inc.
777 S Wagner Road
Ann Arbor, MI 48103

Dairy Farmers of America, Inc.
1405 N. 98th Street
Kansas City, KS 66111

Norman E. Davis
17610 Quaker Road
Hudson, MI 49247

DBI
912 E Michigan Avenue
Lansing, MI 48912

Dean Boiler Inc.
1824 3-Mile Road NW
Grand Rapids, MI 49544

Attorney Dylan Ross Denslow
General Counsel
c/o CSC Leasing Company
6802 Paragon Place, Suite 350
Richmond, VA 23230

Digested Organics LLC
14601 Keel Street
Plymouth, MI 48170

Drury Brothers
11950 E Newburg Road
Durand, MI 48429

Attorney David R. Dubin
2723 S. State Street, Suite 150
Ann Arbor, MI 48104

Ecolab Food & Beverage
PO Box 70343
Chicago, IL 60673

Ecolab Inc
Pest Eliminaton Division
26252 Network Place
Chicago, IL 60673-1262

Environmental & Disposal
Management
1900 Stephenson HIghway, Suite 100
Troy, MI 48083

ERC Associates LLC
2824 Lakeside Drive
Stanton, MI 48888

Teresa M. Etter
11160 W Ridgeville Road
Morenci, MI 49256

Fasco Employment Inc
995 S. Main Street, Suite D
Adrian, MI 49221

Ferrellgas Propane
7777 Old M-78
East Lansing, MI 48823

Douglas Fowler
4480 Meridian Road
Addison, MI 49220

Jeremy Frost
201 S Church Street
Hudson, MI 49247

Jeremy Frost
201 S Church Street
Hudson, MI 49247

Esteban D. Galaviz
261 Au Sable River Court
Adrian, MI 49221

Larry Grab

Grainger
100 Grainger Parkway
Lake Forest, IL 60045

Ron Grienpentrog

Tammy Gunnin
Dan and Diana Mueller
c/o Attorney David R. Dubin
2723 S. State Street, Suite 150
Ann Arbor, MI 48104

Justin Hayes
154 Chestnut Street
Adrian, MI 49221

Heritage Crystal Clean LLC
2175 Point Blvd, Suite 375
Elgin, IL 60123

Richard S. Hinneburg
7407 Hoagland Hwy
Britton, MI 49229

Daniel M. Hofbauer Jr.
3203 Plainview Court
Adrian, MI 49221

HOH Water Technology
1013 Rig Street
Walled Lake, MI 48390

Kline Process Systems Inc.
625 Spring Street, SUite 200
Reading, PA 19610

Krieghoff Lenawee Co.
1610 E Maumee Street
Adrian, MI 49221

Laibe Electric
26440 Southpoint Road
Perrysburg, OH 43551

Lenawee County Treasurer
301 N. Main Street
Adrian, MI 49221

Madison Street Holdings LLC
AGET Manufacturing Company
1408 Church Street
Adrian, MI 49221

Jeremy T. Malone
869 Addison Street
Adrian, MI 49221

Marriott Walker Corp
700 E Maple Road, Suite 400
Birmingham, MI 48009

Steven Martinez
7458 Tuttle Hwy
Morenci, MI 49256

Membrane Process & Controls Inc.
922 N 3rd Avenue
Edgar, WI 54426

Michael A. Miller
3817 N Adrian Hwy
Adrian, MI 49221

Barry Mohr
3156 Townline Hwy
Adrian, MI 49221

Morgan Wood Products
9761 Fairway Drive
Powell, OH 43065

Motion Industries
7562 Street
Route 66 N
Defiance, OH 43512

Omni Integrated Solurtions
23436 Breckler Road
Defiance, OH 43512

Reymundo J. Orozco
140 N McKenzie Street
Adrian, MI 49221

OvaInnovations, LLC
c/o David Rettig
316 W Washington Avenue, Suite 500A
Madison, WI 53703

Overhead Inc.
340 New Towne Square Drive
Toledo, OH 43612

Maureen Packard
7835 Morey Hwy
Hudson, MI 49247

PathoSans Technologies
100 W Lake Drive
Glendale Heights, IL 60139

PerkinElmer US, LLC
710 Bridgeporte Avenue
Shelton, CT 06484-4794

Steven Randall
7335 Meadow Valley Road
Middleton, WI 53562

Ricoh USA Inc
300 Eagleview Blvd, Suite 200
Exton, PA 19341

RJ Leasing Company
Attn:  J. Phillips
920 Simon Drive
Farley, IA 52046

Shambaugh & Son LP
PO Box 1287
Fort Wayne, IN 46801

Jonathan Shawver
727 E Michigan Street
Adrian, MI 49221

Angela Sheskey

Sieler Construction Inc.
11119 East US Hwy 223
Blissfield, MI 49228

Joe Six
814 S Main Street, Apt 4G
Adrian, MI 49221

Stericycle Inc.
2355 Waukegan Road
Bannockburn, IL 60015

Matthew Sussex
6404 Pockington Road
Britton, MI 49229

Jason M. Thompson
12001 Sims Hwy
Morenci, MI 49256

Leo Townsend
546 Company Street
Adrian, MI 49221

Tuthill Farms & Composting Inc.
10505 Tuthill Road
South Lyon, MI 48178

Uline
PO Box 88741
Chicago, IL 60680

Unifirst Corporation of Jackson
2300 East High Street
Jackson, MI 49203

Univar Solutions USA
3075 Highland Parkway, Suite 200
Downers Grove, IL 60515-5560

VAC Health PC
(Worksphere)
5449 S. Occidental Hwy
Tecumseh, MI 49286

Mark Valdez
822 Hoch Avenue
Adrian, MI 49221

VanErt's LLC
1506 Suttan Road
Adrian, MI 49221

WBA Laboratories
3609 Johnson Road
Springdale, AR 72762